**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVEN LOVE LUNDY** and **ESTEFANIA DURAN** : : : **Plaintiffs** : : v. : : **MONROE COUNTY DISTRICT ATTORNEY'S OFFICE**, *et al.* : : **Defendants** : | **CIVIL ACTION NO. 3:17-2255** **(MANNION, D.J.)** **(CARLSON, M.J.)** |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the plaintiff's objections to Judge Carlson's Report and Recommendation, (Doc. 11; Doc. 12), are **OVERRULED**;

(2) the Report and Recommendation of Judge Carlson, (Doc. 5), is **ADOPTED IN ITS ENTIRETY**;

(3) the plaintiff's application to proceed *in forma pauperis*, (Doc. 7), is **GRANTED**;

(4) the plaintiff's complaint, (Doc. 1) is **DISMISSED**; and

(5)　the Clerk of Court is directed to **CLOSE THIS CASE**.

　　　　　　　　　　　　　　　　　　s/ *Malachy E. Mannion*
　　　　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　　　　**United States District Judge**

**Dated: May 15, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2255-01-Order.docx